No. 94–8806.   AMSDEN *v.* SENATE JUDICIARY COMMITTEE ET AL.   C. A. 1st Cir.   Certiorari before judgment denied.   JUSTICE

BREYER took no part in the consideration or decision of this petition.